AO 442 (Rev 5/96-EDVA) Warrant Arrest

# United States District Court

EASTERN DISTRICT OF VIRGINIA 08-446-M-01

## WARRANT FOR ARREST

29426-016

UNITED STATES OF AMERICA
v.

Samuel C. Jones

DOB:

CASE NUMBER: 01-564-M

FILED
JUL 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Samuel C. Jones and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__Indictment__Information__Complaint__Order of Court x Violation Notice__Probation Violation Petition

charging him or her with (brief description of offense):

Operating after Suspension - See Attached Information

In Violation of Title 18 United States Code, Section(s) 3146 assim. VA 46.2-301

The Honorable Barry R. Poretz
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

06/15/01
401 Courthouse Square Alexandria, VA 22314
Date and Location

Bail fixed at $ by Barry R. Poretz

| Date Received 18 Jul 08 | Name and Title of ~~Arresting~~ Reporting Officer | Signature of ~~Arresting~~ Reporting Officer |
|---|---|---|
| Date of Arrest | DUSM Robert C. Byars | [signature] |

08-446-M-01

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Samuel C. Jones<br><br>Washington, DC 20019<br>SS#: | ) | DOCKET NO. 01-564-M<br>(Misdemeanor)<br><br>COURT DATE: 06/08/01 |

**FILED**

JUL 18 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRIMINAL INFORMATION

(Count I - Misdemeanor - A798738/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 23, 2001, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SAMUEL C. JONES, did knowingly and unlawfully operate a motor vehicle upon a highway on said Fort after his license or privilege was suspended.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 46.2-301, as amended.)

Respectfully submitted,

KENNETH E. MELSON
UNITED STATES ATTORNEY

By: ______________________
MARCUS B. SIMON
Special Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of May, 2001, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage pre-paid to:

Samuel C. Jones

Washington, DC 20019

MARCUS B. SIMON
Special Assistant United States Attorney

# United States District Court
## Violation Notice

| Loc Code | Violation No | Print Officer Name | Officer No |
|---|---|---|---|
| EV-17 | A798738 | MARTINEZ | M1780 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | | Offense Charged |
|---|---|---|
| 23MAR01 | 8:00AM | 46.2-301 VA CODE |

Place of Offense: CARPENTER RD. FT. MYER, VA 22211

Offense Description: OPERATING VEHICLE ON SUSPENDED OR REVOKED DRIVERS LICENSE
32 CFR Sec 634.25(f)

A798738

| Defendant's Last Name | First Name | M.I. |
|---|---|---|
| JONES | SAMUEL | C. |

Street Add:

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| WASHINGTON | DC | 20019 | |

Driver's License No | D.L. State | Social Security No

**VEHICLE DESCRIPTION**

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| | MD | 01 | MAZDA | BLACK 626 4DR |

A [X] YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS.

B [ ] YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS

____ I wish to terminate this matter by paying the collateral shown below, enclosed.

____ I plead not guilty and promise to appear as required.

**YOUR COURT DATE**

| Court Address | Date / Time |
|---|---|
| 401 COURTHOUSE SQ. ALEXANDRIA, VA 22314 | 8 JUN 01 / 9:00 AM |

Collateral (fine): MA

For payment by credit card, SEE INSTRUCTIONS.

DD FORM 1805, SEP 1995    Original CVB Copy    Previous edition is obsolete

(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court).)

D.C. Found
[illegible]
6/11/2001

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 23 MARCH 2001 while exercising my duties as a law enforcement officer in the EASTERN District of VA ON Carpenter Rd I observed a BLACK MAZDA 626 4DR being operated on Carpenter Rd west with expired license plates. [illegible]. Stop in Bank Post identified driver as Jones by his work ID. He stated he left his DL at home. I asked for his social, and he said he has a DC drivers license. D.C and VA revealed suspended with notification recieved. When asked he said I knew it was suspend and he had a court date but he got it changed to another date. I smelled a strong odor of alcohol admitting from his breath. He was hesitant on conducting FST's so I transported him to Arlington Co. Jail and conducted a Intox 5000 test which revealed .03. He said he had about 4 drinks before midnight at a friends B-Day. I released him with no charge of DUI to someone else to drive. Jones said someone broke into his car and stole his registration along with other items. His plates traced up current through 2002. All info is incorporated by reference herein.

The foregoing statement is based upon:
[X] my personal observation   [ ] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 23MAR01 (Date)   [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 6/15/01 (Date)   [signature] U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1995